IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HMD GLOBAL, HMD GLOBAL OY, and<br>HMD AMERICA INC.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00443-JRG |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO STAY ACTION PENDING ITC DETERMINATION**

WHEREAS, HMD Global Oy, HMD America, Inc., and HMD Global ("HMD") having

moved the Court for an order to stay the above-captioned case pending resolution of parallel

proceedings before the United States International Trade Commission ("ITC") titled *In the Matter*

*of Certain Location-Sharing Systems, Related Software Components Thereof, and Products*

*Containing Same*, Investigation No. 337-TA-1347, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2023, that the

motion is GRANTED. The case is stayed in its entirety pending final resolution of Investigation

No. 337-TA-1347, including during any and all appeals and until such time as the ITC proceedings

are no longer subject to judicial review.

_____
Rodney Gilstrap
UNITED STATES DISTRICT JUDGE