### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No.  2:22-cv-00443-JRG |
| | § | (Lead Case) |
| HMD GLOBAL OY and | § | |
| HMD AMERICA, INC. | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS HMD AMERICA, INC.'S AND HMD GLOBAL OY'S
### NOTICE OF COMPLIANCE WITH INITIAL DISCLOSURES

Pursuant to Paragraph 7 of the Discovery Order (Dkt. No. 32) entered by this Court, Defendants HMD America, Inc. and HMD Global Oy (hereinafter collectively "HMD") hereby notify the Court that they have served their Initial Mandatory and Additional Disclosures on January 8, 2024, pursuant to the Docket Control Order (Dkt. No. 33) upon counsel of record in the above captioned Lead Case via electronic mail.

Dated: January 8, 2024

Respectfully submitted,

/s/ Matthew J. Moffa
MATTHEW J. MOFFA
(Admitted E.D. Tex.)
MMoffa@perkinscoie.com
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: (212) 261-6857
Facsimile: (737) 256-6300

DAKOTA P. KANETZKY
Texas Bar No. 24116599
DKanetzky@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: (737) 256-6115
Facsimile: (737) 256-6300

*Attorneys for Defendants HMD America,
Inc. and HMD Global Oy*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 8, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Matthew J. Moffa*
Matthew J. Moffa
