# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:22-CV-00443-JRG (LEAD CASE) |
| v. | § § | |
| HMD GLOBAL, ET AL., | § § § | |
| Defendants. | § | |
| v. | § § § | CIVIL ACTION NO. 2:22-CV-00440-JRG (MEMBER CASE) |
| ASUSTEK COMPUTER INC., ET AL., | § § § | |
| Defendants. | § | |
| v. | § § § | CIVIL ACTION NO. 2:22-CV-00447-JRG (MEMBER CASE) |
| PANASONIC CORPORATION, ET AL., | § § § | |
| Defendants. | § | |
| v. | § § § | CIVIL ACTION NO. 2:22-CV-00448-JRG (MEMBER CASE) |
| SONY CORPORATION, ET AL., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Motion to Dismiss with Prejudice (the "Motion"). (Dkt. No. 58.) In the Motion, the parties move to dismiss Member Case No. 2:22-cv-447 with prejudice. (*Id.*) Having considered the Motion, and noting its joint nature, the Court finds that the same should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and causes of action asserted by Plaintiff in Member Case No. 2:22-cv-447 are **DISMISSED WITH PREJUDICE**. It

is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. The Clerk is directed to **CLOSE** Member Case No. 2:22-cv-447. In light of the live disputes in the remainder of this series of consolidated cases, the Clerk is directed to **MAINTAIN AS OPEN** Lead Case No. 2:22-cv-443.

**So ORDERED and SIGNED this 25th day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE