# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00443-JRG |
| HMD GLOBAL, | § § § | (LEAD CASE) |
| *Defendant*. | § § | |

## ORDER

The Court issues this Order *sua sponte*. The Clerk of Court is directed to **CLOSE** the above-captioned Lead Case as no parties or claims remain.

**So Ordered this**

**Nov 15, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE